[No. 25906-7-I.  Division One.  August 12, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JAY WILLIAM
AUBREY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00279-0, John E. Rutter, Jr., J., entered April 1, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, A.C.J., and Pekelis, J.

[No. 26410-9-I.  Division One.  August 12, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DERRICK
JABBAR BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-8-06847-0, R. Joseph Wesley, J., entered June 8, 1990. *Reversed* by unpublished per curiam opinion.

[No. 25479-1-I.  Division One.  August 12, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. SHAYNE
MONOHAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-8-04203-9, J. Kathleen Learned, J., entered December 19, 1989. *Reversed* and *remanded* by unpublished per curiam opinion.